Wiley v. Arnold.

WILEY *et al. v.* ARNOLD.

Upon finding a verdict, the jury should assess damages, and not the court.

ERROR, *to Des Moines District Court.*

*Hall* and *Mason,* for the plaintiff in error.

*Grimes* and *Starr,* for the defendant.

*Opinion by* GREENE, J. The entry of judgment below shows that the jury found for the plaintiff, but did not assess the damages. This was done under the direction of the court by the clerk. The right of the party to have the jury assess damages, needs no discussion. Any incroachment upon this right is manifest error.

Judgment reversed.